US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 1 6 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
)
) No. 4:16CR40004-001
v. )
)
)
)
MAVERICK DEAN BRYAN ) 18 U.S.C. § 876(c)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about January 5, 2015, in the Western District of Arkansas, Texarkana Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to the Mayor of Hope, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

### COUNT TWO

On or about January 5, 2015, in the Western District of Arkansas, Texarkana Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to the Mayor of Nashville, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

## COUNT THREE

On or about January 5, 2015, in the Western District of Arkansas, Texarkana Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to the Mayor of DeQueen, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

## COUNT FOUR

On or about January 5, 2015, in the Western District of Arkansas, Texarkana Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to the Mayor of Ashdown, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

## COUNT FIVE

On or about January 5, 2015, in the Western District of Arkansas, Texarkana Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to the Mayor of Lewisville, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

## COUNT SIX

On or about January 5, 2015, in the Western District of Arkansas, Texarkana Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter,

addressed to the Mayor of Prescott, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

### COUNT SEVEN

On or about January 5, 2015, in the Western District of Arkansas, Hot Springs Division, the Defendant, **MAVERICK DEAN BRYAN**, did knowingly cause to be delivered by the U.S. Postal Service, according to the directions thereon, a written communication, that is, a letter, addressed to the Mayor of Murfreesboro, Arkansas, and containing a threat to injure said Mayor, in violation of Title 18 U.S.C. § 876(c).

A True Bill.

/s/ Grand Jury Foreperson

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

By: _____

David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail david.a.harris@usdoj.gov

3